# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GERONIMO CLEMENA<br>*Plaintiff*<br><br>v.<br><br>PHILADELPHIA COLLEGE OF<br>OSTEOPATHIC MEDICINE<br>*Defendant* | CIVIL ACTION<br><br>NO. 17-428 |

# ORDER

**AND NOW**, this 11th day of August 2017, upon consideration of Defendant's *motion to dismiss*, [ECF 9], Plaintiff's response in opposition thereto, [ECF 12], Defendant's reply brief, [ECF 15], and the allegations contained in the complaint, [ECF 1], it is hereby **ORDERED**, for the reasons set forth in the accompanying Memorandum Opinion filed on this day, that Defendant's motion to dismiss is **GRANTED,** *in part*, and **DENIED,** *in part*, as follows:

I. Plaintiff's claims pursuant to Title VII of the Civil Rights Act of 1964 are **DISMISSED**.

II. Plaintiff's claims pursuant to 42 U.S.C. § 1981 are **DISMISSED**.

III. Plaintiff's claims pursuant to the Americans with Disabilities Act of 1990, as amended by the ADA Amendments Act of 2008, are **DISMISSED**, except for Plaintiff's disability discrimination claim premised on Defendant's failure to accommodate Plaintiff when he requested transfer to the May 4, 2015 first-shift Operating Engineer vacancy and Plaintiff's wrongful termination claim.

IV. Plaintiff's claims pursuant to the Pennsylvania Human Relations Act are **WITHDRAWN** by agreement.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*